**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| LAVERT ROBERSON, Jr., | ) | |
| ID # 890786, | ) | |
|     Petitioner, | ) | |
| vs. | ) | No. 3:14-CV-4256-L (BH) |
| | ) | |
| WILLIAM STEPHENS, Director, | ) | Referred to U.S. Magistrate Judge |
| Texas Department of Criminal | ) | |
| Justice, Correctional Institutions Division, | ) | |
|     Respondent. | ) | |

**RECOMMENDATION REGARDING REQUEST TO PROCEED**
**IN FORMA PAUPERIS ON APPEAL**

Pursuant to 28 U.S.C. § 636(b) and *Amended Miscellaneous Order No. 6* (adopted by *Special Order No. 2-59* on May 5, 2005), requests to proceed *in forma pauperis* are automatically referred.

Before the Court before the Court is the Plaintiff's *Motion to for Leave to Proceed In forma Pauperis* on appeal, received December 22, 2014 (doc. 7). Pursuant to Federal Rule of Appellate Procedure 22(b) and 28 U.S.C. § 2253(c),

   (**X**)   the party appealing should be **DENIED** leave to proceed *in forma pauperis* for the following reason(s):

       (**X**)   the person appealing has not shown that he is a pauper. The account statement provided with the financial affidavit shows a current balance of $3,033.46. The Court should conclude that the petitioner will suffer no undue financial hardship after payment of the $505.00 filing fee.

   **If the Court denies the request to proceed** *in forma pauperis* **on appeal, the movant may challenge the denial by filing a separate motion to proceed** *in forma pauperis* **on appeal with the Clerk of Court, U.S. Court of Appeals for the Fifth Circuit, within thirty days after service of the notice required by Fed. R. App. P. 24(a)(4)(A).** *See* **Fed. R. App. P. 24(a)(5).**

   **SIGNED this 5th day of January, 2015.**

                                                      IRMA CARRILLO RAMIREZ
                                                    UNITED STATES MAGISTRATE JUDGE