**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| **LAVERT ROBERSON, Jr. ID # 890786,** ) | |
| Petitioner, ) | |
| vs. ) | No. 3:14-CV-4256-L (BH) |
| ) | |
| **WILLIAM STEPHENS, Director,** ) | |
| **Texas Department of Criminal** ) | |
| **Justice, Correctional Institutions Division,** ) | |
| Respondent. ) | |

**RECOMMENDATION REGARDING CERTIFICATE OF APPEALABILITY**

A Notice of Appeal has been filed in the above captioned action, now accompanied by a *Application for Certificate of Appealability*, received on January 5, 2014. (doc. 9.) Pursuant to Fed. R. App. P. 22(b) and 28 U.S.C. § 2253(c), it is recommended that

**COA:**
( )   a Certificate of Appealability be GRANTED.  (See issues set forth below).
(**X**)   a Certificate of Appealability be DENIED.  (See reasons stated below).

**REASONS FOR DENIAL:**  For the reasons stated in the Findings, Conclusions and Recommendation of the United States Magistrate Judge, filed on **December 5, 2014**, the petitioner has failed to show that reasonable jurists would find it debatable whether the Court was correct in recommending transfer of this action to the court of appeals. *See Miller-El v. Cockrell*, 537 U.S. 322, 338 (2003)*; Slack v. McDaniel*, 529 U.S. 473, 483-84 (2000); 28 U.S.C. § 2253(c)(2).

**DATED this 6th day of January, 2015.**

_____
IRMA CARRILLO RAMIREZ
UNITED STATES MAGISTRATE JUDGE